IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 112-255 |
| | * | |
| FRANTRON CRYSTAL FERGUSON | * | |

O R D E R

In the captioned criminal matter, Defendant Frantron Crystal Ferguson has written the Court a letter with several attachments that outlines her personal circumstances and post-sentencing rehabilitation efforts. On the strength of these matters, Defendant seeks a reduction of her sentence. With only three exceptions, however, a court may not modify a sentence once it has been imposed. 18 U.S.C. § 3582(c). Under the first exception, a court may entertain a motion filed by the Director of the Bureau of Prisons under certain circumstances. 18 U.S.C. § 3582(c)(1)(A). The second exception references Rule 35 of the Federal Rules of Criminal Procedure for instances when correcting sentence is proper. 18 U.S.C. § 3882(c)(1)(B). Rule 35 allows modification upon an order from an appellate court, upon a motion from the Government, or to correct a computational error within seven days of sentencing. Finally, under the third exception a court may reduce a sentence that was "based on a sentencing

range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 944(o)." 18 U.S.C. § 3582(c)(2). Defendant's request for a reduction in this case does not fall within any of these exceptions. Accordingly, the Court is without authority to modify the Defendant's sentence as requested. Her motion to reduce (doc. 85) is therefore **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 20th day of July, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA